1

2

3

4

5

6                 IN THE UNITED STATES DISTRICT COURT

7

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   ANDREY ZHEREBKO,

10            Plaintiff,                          No. C 13-00843 JSW

11      v.

12   VIKTOR REUTSKYY, ET AL,                 **ORDER VACATING HEARING**

13            Defendant.

14   _____/

15          Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss which has

16   been noticed for hearing on Friday, August 9, 2013 at 9:00 a.m., is appropriate for decision

17   without oral argument.  Accordingly, the hearing date is hereby VACATED.  The motion will

18   be taken under submission and decided on the papers.

19

20          **IT IS SO ORDERED.**

21

22   Dated:   August 5, 2013

23                                              JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

24

25

26

27

28

**United States District Court**
For the Northern District of California