**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREY ZHEREBKO, | |
|     Plaintiff, | No. C 13-00843 JSW |
|     v. | |
| VIKTOR REUTSKYY, ET AL, | **ORDER VACATING HEARING** |
|     Defendant. / | |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss which has been noticed for hearing on Friday, August 9, 2013 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: August 5, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE